UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JOHN VERGA,

    Plaintiff,

                                       CASE NO:  3:13-cv-00011

vs.

VAN DER LINDE HOUSING, INC.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, John Verga, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Van der Linde Houing, Inc., with prejudice, as the parties have amicably resolved this matter. Plaintiff respectfully requests this honorable Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

Dated this the 8th day of January 2014.

                                    Respectfully submitted,

                                  /s/ Jonathan H. Walker
                                  Jonathan H. Walker
                                  Virginia Bar No. 24300
                                  Mason, Mason, Walker & Hedrick, PC
                                  11848 Rock Landing Dr, #201
                                  Newport News, VA  23606
                                  Telephone: (757) 873-3909
                                  Facsimile:  (757)  873-1781
                                  jwalker@masonwalker.com
                                  *Local Counsel for Plaintiff*

                                  /s/ Michael A. Chester
                                  Michael A. Chester
                                  Alabama Bar No. ASB-3904-L74C
                                  Schwartz Roller & Zwilling

        600 Vestavia Pkwy., Suite 251
        Birmingham, AL 35216
        Telephone:  (205) 822-2701
        Facsimile:   (205) 822-2702
        mchester@szalaw.com
        *Pro Hac Vice Lead Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Jonathan H. Walker
    Mason, Mason, Walker & Hedrick, PC
    11848 Rock Landing Dr, #201
    Newport News, VA  23606

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Van der Linde Housing, Inc.
c/o Registered Agent – Peter Van der Linde
73 Hunters Branch Road
Troy, VA 22974

        /s/ Jonathan H. Walker
        Jonathan H. Walker
        Virginia Bar No. 24300
        Mason, Mason, Walker & Hedrick, PC
        11848 Rock Landing Dr, #201
        Newport News, VA  23606
        Telephone: (757) 873-3909
        Facsimile:  (757)  873-1781
        jwalker@masonwalker.com
        *Local Counsel for Plaintiff*

        /s/ Michael A. Chester
        Michael A. Chester
        Alabama Bar No. ASB-3904-L74C
        Schwartz Roller & Zwilling
        600 Vestavia Pkwy., Suite 251
        Birmingham, AL 35216
        Telephone:  (205) 822-2701

Facsimile: (205) 822-2702
mchester@szalaw.com
*Pro Hac Vice Lead Counsel*

Case 3:13-cv-00011-GEC Document 14 Filed 01/08/14 Page 3 of 3 Pageid#: 36