IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOHN VERGA | ) | |
| | ) | Civil Action No. 3:13-cv-0011 |
| Plaintiff | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| VAN DER LINDE HOUSING, INC., | ) | |
| | ) | Hon. Glen E. Conrad |
| Defendant | ) | Chief United States District Judge |
| | ) | |

Inasmuch as the court is advised that all parties in this action have compromised and settled their differences, it is accordingly

O R D E R E D

that this case shall be and hereby is DISMISSED WITH PREJUDICE as settled and STRICKEN from the active docket of this court. The court retain jurisdiction for enforcement of the settlement agreement.

The Clerk is directed to certify copies of this Order to all parties.

ENTER:  This 13th day of January, 2014.

*s/   Glen E. Conrad*_____
Chief United States District Judge